

# NUMBER 13-09-00432-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARGARITA VARGAS DE LA ROSA,**                                        **Appellant,**

**v.**

**FRANCISCO DE LA ROSA, JR.,**                                        **Appellee.**

---

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was originally due on January 6, 2010. Appellant has previously requested and received nine prior extensions of time to file the brief. On December 21, 2010, this Court ordered the appellate brief to be filed on or before January 10, 2011. The order notified counsel that no further extensions would be

granted and that if the brief was not filed, the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

Instead of filing the brief, counsel filed a ninth motion for extension of time to file the brief. The Court granted the motion and ordered the brief to be filed no later than February 22, 2011. The order notified counsel that if he failed to file the brief, he would be ordered to show good cause. To date no response has been received from appellant and the brief has not been filed.

Appellant has failed to file her brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).

PER CURIAM

Delivered and filed the
24th day of March, 2011.